**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SCHMITMAN, | CV 22-291 PA (AFMx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| MARK PATTON, ET AL., | |
| Defendants. | |

    Pursuant to this Court's June 6, 2022, Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed is dismissed without prejudice.

DATED: June 6, 2022

                                                        Percy Anderson
                                        UNITED STATES DISTRICT JUDGE