# UNITED STATES DISTRICT COURT

# CENTRAL JUDICIAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SCHMITMAN, a natural person;<br><br>Plaintiff,<br><br>vs.<br><br>MARK PATTON, a natural person d/b/a MILLENIUM REAL ESTATE GROUP, and DOES 1-10, and each of them, inclusive,<br><br>Defendants | Case No.: 2:22-cv-291<br><br>ORDER FOR DISMISSAL OF ENTIRE ACTION |

Pursuant to the Stipulation entered into between the parties herein and their attorneys of record, IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

DATED: June 6, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION